530

1    **PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

2    Name _COTTONHAM, MARK_ _A_
          (Last)          (First)        (Initial)

3    Prisoner Number _2326138   SF # 377495_

4    Institutional Address _850 BRYANT ST, County Jail_
     _S.F._

5    _SAN FRANCISCO  CA  94103  Hall of Justus_

6    ============================================
     **UNITED STATES DISTRICT COURT**
7    **NORTHERN DISTRICT OF CALIFORNIA**

8    _COTTONHAM, MARK, A_                    )    **CV 08    3028**
     (Enter the full name of plaintiff in this action.)

9                                           )

10                vs.                        )    Case No.
                                            )    (To be provided by the clerk of court)
11   _SUPERIOR COURT OF THE STATE_          )
                                            )    **PETITION FOR A WRIT**
12   _OF CALIFORNIA IN AND FOR THE_         )    **OF HABEAS CORPUS**
                                            )
13   _COUNTY OF SAN FRANCISCO_              )                          VRW
                                            )
     _HALL OF JUSTUS County JAIL_           )
14   (Enter the full name of respondent(s) or jailor in this action)  )
                                            )                          (PR)
15

16   ============================================
     Read Comments Carefully Before Filling In

17   When and Where to File

18          You should file in the Northern District if you were convicted and sentenced in one of these

19   counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20   San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21   this district if you are challenging the manner in which your sentence is being executed, such as loss of

22   good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23          If you are challenging your conviction or sentence and you were not convicted and sentenced in

24   one of the above-named fifteen counties, your petition will likely be transferred to the United States

25   District Court for the district in which the state court that convicted and sentenced you is located. If

26   you are challenging the execution of your sentence and you are not in prison in one of these counties,

27   your petition will likely be transferred to the district court for the district that includes the institution

28   where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1  Who to Name as Respondent

2      You must name the person in whose actual custody you are. This usually means the Warden or

3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4  you are imprisoned or by whom you were convicted and sentenced. These are not proper

5  respondents.

6      If you are not presently in custody pursuant to the state judgment against which you seek relief

7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8  custody you are now and the Attorney General of the state in which the judgment you seek to attack

9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11      1. What sentence are you challenging in this petition?

12      (a)    Name and location of court that imposed sentence (for example; Alameda

13             County Superior Court, Oakland):

14      _SAN FRANCISCO COUNTY SUPERIOR COURT   SAN FRANCISCO C.A._

15      Court                          Location

16      (b)    Case number, if known   _2326138_

17      (c)    Date and terms of sentence _2-5-08,  ISS  3yes  A.P.D_

18      (d)    Are you now in custody serving this term?  (Custody means being in jail, on

19             parole or probation, etc.)          Yes _X_    No _____

20             Where?

21             Name of Institution: ~~XXXX~~ _SAN FRANCISCO COUNTY JAIL 1_

22             Address: _850 BRYANT ST. SAN FRAN. CA 94103_

23      2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.)

26  _646.9 (A) PC/F  STALKING_

27  _____

28  _____

PET. FOR WRIT OF HAB. CORPUS        - 2 -

3. Did you have any of the following?

    Arraignment:                         Yes ✓     No _____

    Preliminary Hearing:           Yes ✓     No _____

    Motion to Suppress:            Yes _____     No ✓

4. How did you plead?

    Guilty _____    Not Guilty _____    Nolo Contendere ✓

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ✓    Judge alone _____    Judge alone on a transcript _____

6. Did you testify at your trial?           Yes _____     No ✓

7. Did you have an attorney at the following proceedings:

| | | | Yes | No |
|---|---|---|---|---|
| (a) | Arraignment | | ✓ | _____ |
| (b) | Preliminary hearing | | ✓ | _____ |
| (c) | Time of plea | | ✓ | _____ |
| (d) | Trial | | ✓ | _____ |
| (e) | Sentencing | | ✓ | _____ |
| (f) | Appeal | | _____ | ✓ |
| (g) | Other post-conviction proceeding | | _____ | ✓ |

8. Did you appeal your conviction?          Yes _____     No ✓

    (a)    If you did, to what court(s) did you appeal?

        Court of Appeal           Yes _____    No _____

        Year: _____      Result: _____

        Supreme Court of California     Yes _____    No _____

        Year: _____      Result: _____

        Any other court            Yes _____    No _____

        Year: _____      Result: _____

    (b)    If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS     - 3 -

1    petition?                                    Yes _____    No_____

2    (c)    Was there an opinion?                 Yes _____    No_____

3    (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                 Yes _____    No__✓

5           If you did, give the name of the court and the result:

6           _____

7           _____

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?          Yes _____    No__✓

10         [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition. You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15   U.S.C. §§ 2244(b).]

16   (a)    If you sought relief in any proceeding other than an appeal, answer the following

17          questions for each proceeding. Attach extra paper if you need more space.

18   I.     Name of Court: _____

19          Type of Proceeding: _____

20          Grounds raised (Be brief but specific):

21          a._____

22          b._____

23          c._____

24          d._____

25          Result: _____Date of Result:_____

26   II.    Name of Court: _____

27          Type of Proceeding: _____

28          Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

1                      a._____

2                      b._____

3                      c._____

4                      d._____

5                      Result: _____ Date of Result:_____

6        III.     Name of Court: _____

7                      Type of Proceeding: _____

8                      Grounds raised (Be brief but specific):

9                      a._____

10                      b._____

11                      c._____

12                      d._____

13                      Result: _____ Date of Result:_____

14        IV.     Name of Court: _____

15                      Type of Proceeding: _____

16                      Grounds raised (Be brief but specific):

17                      a._____

18                      b._____

19                      c._____

20                      d._____

21                      Result: _____ Date of Result:_____

22      (b)       Is any petition, appeal or other post-conviction proceeding now pending in any court?

23                                        Yes _____     No_✓_

24                      Name and location of court: _____

25 **B. GROUNDS FOR RELIEF**

26          State briefly every reason that you believe you are being confined unlawfully. Give facts to

27 support each claim. For example, what legal right or privilege were you denied? What happened?

28 Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS      - 5 -

EVERY THING
THAT HAPPEN
BETWEEN 7-6-07 TO 4-15-08

4-15-08

MY NAME is MARK Cottonham, I USto STAY At 20 12th St
#504 CIVIC CENTER Hotel. FROM 2/18/05 TO 7-25-07
I WAS GOING TO COURT FOR A UNLAWFUL DETANER
COUNTER CLAIM, I WAS TO APPEAR At 400 McAllister St
SAN FRANCISCO C.A. ON 7-10-07; BUT BEFORE THAT HAPPEN
ON 7-6-07, 6 UNDER COVER POLICE OFFICERS CAME IN
MY ROOM At the CIVIC CENTER Hotel WITH A KEY
WITH OUT A WARRENT
PROVIDED By the MANGER, ORDER TO THE FLOOR AND
TAKEN TO JAIL AND Charge WITH 6 COUNTS OF RESISTING
ARREST, AND BAIL WAS SET AFTER I WENT TO COURT
ON 7-10-07 FOR $20,000, SO I BAIL OUT AND immead-
-IATELY WENT TO ACCESS CENTER 575 POLK St SAN FRAN. CA
FOR HELP WITH FILING A DEFAULT OVER TRUN PAPER WITH
the COURTS, BECAUSE WHEN I WAS ARRESTED ON 7-6-07
                    make
I WAS UNAIBE TO MY COURT DATE FOR MY ROOM.
I WAS GIVEN A NOTHER COURT DATE FOR MY ROOM,
ON 8/1/07, BUT AGAIM BEFORE I WAS AIBE TO MAKE
THAT COURT APPEARANCE I WAS ARRESTED. ON 7-25-07,
AND Charge WITH 10 COUNTS EVERY THING FROM RAPE
TO KINDNAPING AND GIVEN A $300,000 BAIL, THEY (POLICE)
had PAID THIS GIRL THAT I HAD SEX WITH 3 TIMES
TO LIE ON ME, SO THAT I'll BE UNAIBE TO MAKE ANY
OTHER COURT DATES ABOUT MY ROOM At 20 12th St #504
NOW WHAT I HAD FOUND OUT WHEN At the ACCESS CENTER
IS THAT THE NEW OWNER OF MY HOTEL (BILL theAKOR)
OWNS 10 BOILDEN'S IN SAN FRANCISCO C.A. THAT HE TRUNS
INTO S.R.O's FOR THE City & County OF SAN FRANCISC
AND THEY GIVE him KICKS BACK AND TAXES BREAKS

7-6-07 TO 4-15-08

THAT HOW HE (BILL THEAKOR) WAS AIBE TO HAVE THE POLICE, D.A, & SHERIFF DO WHAT HE WANTED. SO NOT ONLY ENDURANING BEING FALSLY ARRESTED AND EVICTED FROM MY ROOM, BUT NOW I FACING 30 YRS IN JAIL, NOW WHILE IN JAIL I WAS CONSTANTLY BEING HARRASS BY THE DEPUTYS GETTING WROTE UP DAILY, GOT SHOULDER REINJURDED, TRUN IN TO A JUNKEY BY THE JAIL DOCTORS (GIVEN ME 240 MILIAGRAMS OF MORFIN: ALSO 40 MILIAGRAMS OF OXYCOTTON DAILY) AND GIVEN DEFEMANE ATTORNEYS THAT WAS WORKING FOR BOTH SIDES, LIKE MY 2ND ATTORNEY (FRANZ FUETSCH) WAS ALSO THE ATTORNEY FOR THE SHERIFFS DEPT. AT THE SAME TIME HE WAS SUPPOSED TO BE DEFENDING ME.? WELL WHEN I TOOK THEM ALL THE WAY TO JURY TRIAL, WHILE IN THE MIDDLE OF THE JURY TRIAL THE OWNER OF MY BUILDEN (CIVC CENTER HOTEL) SENT HIS ATTORNEY TO SEE ME IN JAIL AND TOLD ME IF I SIGN A RELEASE FOR MY ROOM THAT ALL OF MY CHARGES WILL GO AWAY SO ON 12/17/07 I SIGNED THE RELEASE PAPERS AND ON 12-18-07 I WENT FROM 30 YRS POSSIBLY IN PRISON TO 3 YR. PROBATION AND WAS RELEASED.

NOW PROBATION NEVER LIKE ME, SO WHILE I WAS OUT FROM 12-18-07 UNTO 1/18/08 I STAYED IN CONSTANT CONTACT WITH MY ATTORNEY (FRANZ FUETSCH) DAY BEFORE I WAS TO RETRUN TO COURT FOR SENTEN-CING MY ATTORNEY CALLS ME AND SAY "I HOPE YOU DID WHAT THEY WANTED YOU TO DO" I ASK WHAT ARE YOU TALKING ABOUT?

7-6-07 TO 4-15-08

They sent you a letter (probation dept) and told you to report? So I call my mother and ask if she had thrown away any mail, she said no. So I went to court on 1/18/08 and was arrested because they said I didn't fellow orders. Now all the time in court my attorney (Franz ~~Fuetsch~~) didn't ask what orders also were did they send the letter asking me to report, well come to find out, they (probation dept) sent the report letter to 20 12th St Civic Center Hotel, no room number even though there over 500 rooms in that building, also they (probation dept) knew that my address was 670 Thornton Ave, also that I've had the same phone number for the past 7 yrs Reminber I had just successfully completed a 3yrs probation, so the probation office knew my address also my phone number. So I stayed in jail a nother 20 days losing a nother apartment also. (Here's where it gets interesting) the probation Dept gives me Nixon Lazaro as my probation officer, and his office just happey to be in the same room as the head probation officer Mis Wright (bitch) who thinks she run's dept 15, court room. I was told that I had to do 52 weeks of domestic violence class, at 1700 Jackson St 10 miles across town, I ask why was I being sent across town when they have D.V. class right in my neighborhood? (all ready here's a

7-6-07   to   4-15-08

Nother Cross) so the frist time I went to the Center for special problem, on 1700 Jackson St San Francisco C.A. I had a appointment for 1:30 PM I arrive at 1:15 PM, when 1:30 came no one had seen me yet then 1:45 nothing yet 2:00 nothing yet, so I called my probation officer (Nixon Lazar and left a message that I was at my aunty's funeral and I still had people in my R.V. on the way to the grave yard, so I had to leave, but I had call and made another appointment for 4-1-08, when I return to court Mrs wright in Dept. 15, call me manipulative. and tryed to get my probation revoke, that cause me to have chest pains cause by stress. I've been seeing a psychologist at Bayview mental health center for the past 5 yrs (which is a part of San Francisco mental health) the same mental health group that the center for special problem's belongs too I also see a primary care doctor at St. Luke's hospital, once a month. For my shoulder, so when I was interviewed at C.S.P they wanted me to sign a paper stating that I'm volentering to be seen at there facility, so they can charge my medical for there services, which in fact I was order there under the threat of imprisonment so I couldnt lie, so I was unaibe to sign that paper Also my primary care doctor also my psychologist told me never to lie again, and I wont

7-6-07  TO  4-15-08

HAVE STRESS OR GET DEPRESS, ALSO MY MEDICAL
WAS NOT GOING TO PAY FOR ANOTHER Psychologist
IN THE SAME MENTAL HEALTH GROUP. I TOLD THE
C.S.P THAT ON THE 4-1-08 INTERVIEW, THAT LASTED
3 1/2 hr's, I EVEN WENT ARROSS THE STREET AND
GAVE A URINE SAMPLE AT LABCRO. YOU SEE THE
PROBATION DEPARTMENT IS GETTING KICK BACK'S FROM
THE CENTER FOR SPECIAL PROBLEM, BY SENTENCING
PEOPLE TO THERE FACILITY AND CHARGEING MEDICAL
MAKING PEOPLE SIGN A PAPER SAYING THAT THEY ARE
VOLENTERING TO BE SEEN THERE, BUT IN FACT THERE
BEING ~~FREE~~ FORCE UNDER THREAT OF INCARCERATION.
SO WHEN I RETURNED TO COURT ON 4-2-08 I WAS
WITH MY ATTORNEY (FRANZ Fuetsch) WHEN I WAS ORDER
TO STAND UP AND COME OUTSIDE WHERE I WAS
ARRESTED BY THE PROBATION DEPT. BEFORE I WAS
AIBE TO SEE THE JUDGE, AND DO YOU KHOW MY
ATTORNEY (FRANZ Fuetsch) DID NOTHING EVEN TOLD ME
TO GO WITH HIM (AS IF HE WAS IN ON IT) WHILE IN
THE PROBATION OFFICE I NOTICE THAT ABOUT 6 PROBATION
OFFICER WHERE All AROUND ME, AND NOT ONE OF THEM
WAS OVER THE HEIGHT OF 5"4 inchs TAll, THEN MY
PROBATION OFFICER CAME OUT, AND WAS PUTTING ON HIS
GLOVE'S (AS TO INDECATE THAT THEY WERE ABOUT WHIP
MY ASS) SO THAT WHEN I GOT LOUD SO SOME ONE
COUD HEAR ME, THEN ANOTHER PROBATION OFFICER CAME
OUT (BLACK GUY) AND ASK WHAT WAS THE PROBLEM

7-6-07 to 4-15-08

SO THEN ALL THE LITTLE PROBATION OFFICERS SAID
LET HURRY UP AND GET him DOWN STAIRS TO
C-J-9- While Coming of the ELEVATOR NIXON LAZARO
TRIP THEN CAUGHT ME TO TOLD ME iN MY EAR
that He WAS GOING TO USE his SERVICE REVOLVER
ON MY SON IF HE GETS BAD, NOW THAT STATEMENT
SCARD the Shit Out Of ME, SO WHEN I GOT TO
C.J.9 I WAS VERY LOUD, NOW the SHERIFFS KNEW
SOME thing WAS WRONG BECAUSE ① hAlf Of THEM
KNEW ME AND KNOW that I'm NOT A BAD ASS,
② WHEN THE LITTLE PROBATION officer BROUGHT ME
IN they DID-NOT SEARCH ME BEFORE they GOT
THERE, AND the SHERIFFS WAS MAD At them
(THE LiTTle PROBATION OFFICERS) SO they HAD LEFT
LEAVING NIXON LAZARO BEHIND, SO WHEN the
NURSE WAS INTERVIEWING ME hE (NIXON LAZARO)
BENT OVER AND PUT his hAND ON his HOLSTER
AS TO INDECATE what He had SAID ~~the time~~ EARLER
ABOUT USING his SERVICE REVOLVER ON MY SON. WHEN
GETTING ARRAIGN IN DEPARTMENT 15 ON 4-4-08 MY
ATTORNEY FRABS ~~Fuetsch~~ TOOK him SELF Off Of MY
CASE, AND I GOT A NOTHER ATTORNEY SUSAN KAPlAN
NOW While iN CPOD I WROTE TO THE NORTHERN CALFORNA
SERVICE LEGAL AND ASK THEM TO HELP ME FILE A Compla
THEN I FILLED OUT A GRIVEANCE FORM TEll WHAT
(A.P.O) NIXON LAZARO SAID TO ME ABOUT MY SON, Also
I WRITTEN A LETTER TO THE PRISONER LEGAL SERVICE
ASK THEM TO HElP ME FILE A COMPLANT WITH THE F.B.I

7-6-07        4-15-08

I Then wrote My New Attorney Susan Kaplan and inform Her that SENSE THE PROBATION DEPT illegally ARRESTED ME that they would TRY TO FRAME ME I Also SENT HER A 6 PAGE LETTER EXPLAINING what I AM WRITTING NOW AND ON 4-14-08 JUST AS I wrote They DID (PROBATION DEPT) SAID that ON 4-14-08 I COMMITTED A Felony of 69 PC/F JUST TO have SOME Thing to Hold ME ON, EVEN thought I haven't BROKEN ANY LAW's, MADE ALL APPOINTMENTS ALL COURT DATES, I WAS STILL ARRESTED. Why? BECAUSE the CENTER FOR SPECIAL PROBLEM couldn't GET MY MEDICAL TO PAY FOR ME, Also they DIDN'T LIKE MY ANSWERS, BUT I NEVER SEEN ANY SIGN IN THERE office SAYING WE RESERVE THE Right TO REFUSS SERVICE TO ANYONE, OR EVEN Though WE SUPPOSED TO TREAT PEOPLE WITH SPECIAL PROBLEM's if YOUR TO SPECIAL WE CANT TREAT YOU & Also The CENTER FOR SPECAIL PROBLEM BROKE PATICUT DOCTOR CONFIDENTIALITY (HIPAA) WHAT EVER the CASE IS, I'm IN JAIL FOR TELLING THE TURTH. MEDICAL NEEDS TO BE INFORM Also THE I.R.S. AND THE F.B.I. FOR INVESTAGATION Also the Court's & Sheriff DEPT. has shown DELIBERATE INDIFFENCES

P.S. EVERY ONE who I SENT this LETTER TO GOT THEM ~~except~~ EXCEPT MY ATTORNEY (GO figure) PLEASE Check EVERY Thing I WROTE OUT

I MARK A Cottonham hereby AUTHORIZE
THE Following ORGANZATION'S AND PEOPLE Full
DISCLOSEUR ON INFORMATION ABOUT My MEDICAL
RECORD'S, CRIMINAL RECORD'S, COURT TRANSCRIPTS
MENTAL HEATH RECORD'S, RENT AND LEAST RECORD'S,
JAIL HOUSING RECORD'S INCUSTODY DISCIPLINARY RECORDS
D.M.V. RECORD'S AND ALL OTHER INFORMATION NEEDED
TO INVESTAGATE MATTER'S ABOUT MARK COTTONHAM

THESE ARE THE ORGANZATION'S WITH Full ACCESS
TO My INFORMATION: A.C.L.U., F.B.I, I.R.S,
N.A.A.C.P., MEDICAL INVESTAGATION UNIT, V.A.,
BAYVIEW MENTAL HEATH, JUDICIAL REVIEW BORAD.
FOR SEATING JUDGE'S, K,R,O,N CHANEL 4, KGO CHANEL 7
K.T.V.U, CHANEL, 2 AND All THERE APHILIATES STATION'S
CALIFORNIA LAWYER FOR THE ART'S. DISTRICT ATTORNEY CONS-
-UMER FRAUD UNIT U.S. DISTRICT ATTORNEY,
CITIZEN COMPLAINT BOARD, SAN FRANCISCO City SUPERVIE'S
AMERCAN INDIAN TRIBAL COUNSEL OF ~~~~~~ NORTHEN C.A.
NATION OF ISLAM, CATHOLIC CHARITY'S, MEDICAL INVESTAGATION
FRAUD UNIT, INTERNAL AFFAIRS, HOME LAND SECURITY
AND ANY OTHER ORGANZATION THAT WILLING TO HELP
IN THE INVESTAGATION ON HOW MARK A Cottonham's
CIVL AND HUMAN· RIGHT HAS BEEN VOLILATED.
ALSO US DISTRICT COURTS NORTHERN DISTRICT OF C.A.
ON APRIL 20, 2008   6-13-08

1    need more space. Answer the same questions for each claim.

2       [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3    petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4    499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5       Claim One: _PLEASE READ ATTACH PAPER'S 7 PAGES_

6       _(PLEASE FOR GIVE MY SPELLING)_

7       Supporting Facts:_____

8    _____

9    _____

10    _____

11       Claim Two:_____

12    _____

13       Supporting Facts:_____

14    _____

15    _____

16    _____

17       Claim Three:_____

18    _____

19       Supporting Facts:_____

20    _____

21    _____

22    _____

23       If any of these grounds was not previously presented to any other court, state briefly which

24    grounds were not presented and why:

25    _____ NONE OF THESE FACTS WAS

26    _____ RCUIIED IN COURT

27    _____

28    _____

PET. FOR WRIT OF HAB. CORPUS      - 6 -

List, by name and citation only, any cases that you think are close factually to yours so that they are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning of these cases:

I DONT HAVE ACCESS to ANY LAW BOOK OR AHything LIKE THAT SO I CAN ONly GO By whats the TRUth, At the Time of my PLEAS I WAS ON 240 miligram of MOrfin. Also I DIDNt KNOW WHAT I WAS PLEADING TOO!

Do you have an attorney for this petition?                    Yes_____    No ✓

If you do, give the name and address of your attorney:

his NAME is FRANZ FUEtsch  I DONt KNOW his ADDRESS

WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

Executed on _JONE 15, 2008_          _____

Date                                    Signature of Petitioner

(Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS        - 7 -

MARK Cottonham
850 BryANt St.
SAN FRAN. CA 94103

TO CleRk of The US. DistRicT CouRT foR NoRtheRN CA
450 GoldeN GAte Ave Box 36060
SAN FRANCISCO C.A 94102