FILED
JUN 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cottonham, Mark
    Plaintiff,

vs.

Superior Court of the State of
California in and For the County of
San Francisco Hall of Justice
County Jail 1 850 Bryant St
    Defendant.

CASE NO. CV 08 3028 VRW (PR)

PRISONER'S APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Mark Cottonham, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

| | |
|---|---|
| 1 | If the answer is "no," state the date of last employment and the amount of the gross and net |
| 2 | salary and wages per month which you received. (If you are imprisoned, specify the last |
| 3 | place of employment prior to imprisonment.) |
| 4 | _____ |
| 5 | _____ |
| 6 | _____ |
| 7 | 2. Have you received, within the past twelve (12) months, any money from any of the |
| 8 | following sources: |
| 9 |    a.   Business, Profession or           Yes ____ No ✓ |
| 10 |         self employment |
| 11 |    b.   Income from stocks, bonds,         Yes ____ No ✓ |
| 12 |         or royalties? |
| 13 |    c.   Rent payments?                 Yes ____ No ✓ |
| 14 |    d.   Pensions, annuities, or            Yes ____ No ✓ |
| 15 |         life insurance payments? |
| 16 |    e.   Federal or State welfare payments,    Yes ____ No ✓ |
| 17 |         Social Security or other govern- |
| 18 |         ment source? |
| 19 | If the answer is "yes" to any of the above, describe each source of money and state the amount |
| 20 | received from each. |
| 21 | _____ |
| 22 | _____ |
| 23 | 3. Are you married?                    Yes ____ No ✓ |
| 24 | Spouse's Full Name: _____ |
| 25 | Spouse's Place of Employment: _____ |
| 26 | Spouse's Monthly Salary, Wages or Income: |
| 27 | Gross $_____ Net $_____ |
| 28 | 4.   a.   List amount you contribute to your spouse's support:$ _____ |

```
 1            b.      List the persons other than your spouse who are dependent upon you for
 2                    support and indicate how much you contribute toward their support. (NOTE:
 3                    For minor children, list only their initials and ages. DO NOT INCLUDE
 4                    THEIR NAMES.).
 5     _____
 6     _____
 7     5.     Do you own or are you buying a home?          Yes ____ No ✓
 8     Estimated Market Value: $_____ Amount of Mortgage: $_____
 9     6.     Do you own an automobile?                     Yes ____ No ✓
10     Make _____ Year _____ Model _____
11     Is it financed? Yes _____ No ✓ If so, Total due: $ _____
12     Monthly Payment: $ _____
13     7.     Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)
14     Name(s) and address(es) of bank: _____
15     _____
16     Present balance(s): $ _____
17     Do you own any cash? Yes ____ No ✓ Amount: $ _____
18     Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19     market value.) Yes ____ No ✓
20     _____
21     8.     What are your monthly expenses?
22     Rent: $ _____ Utilities: _____
23     Food: $ _____ Clothing: _____
24     Charge Accounts:
25     Name of Account         Monthly Payment         Total Owed on This Acct.
26     _____              $ _____            $ _____
27     _____              $ _____            $ _____
28     _____              $ _____            $ _____
```

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____
4  _____
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ____ No _✓_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11      I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _6-15-08_           _[signature]_
17   DATE               SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS
## IN
## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _MARK Cottouham_ for the last six months
850 Bryant St County Jail 1    [prisoner name]
_SAN FRAN. C.A 94103_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _260.00_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _500.00_.

Dated: _6-15-08_    _____
[Authorized officer of the institution]