C08-3419 VRW
C08-3029 VRW
C08-3028 VRW ✓
Case 3:08-cv-03028-VRW   Document 6   Filed 08/11/2008   Page 1 of 1

7-20-08

FILED
AUG 11 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To the Clerk of the U.S District Court

My name is Mark A. Cottonham and on July 1 2008 all of my court papers that I've recived from the U.S District Court was taken, right now I've got 3 diffrent Application with the U.S District Courts

① Case no. CV 08 3419 filed July 16, 2008 - I got this one But the other two the Sheriff took.
One was a Habeas Croupus and the other was a 1983 form -

The Habeas Croupus was agist the San Francisco County Jail 850 Bryant St San Fran. The other was a 1983 form and that was agist the San Francisco Police Dept also the Sheriff Dept for entering my home with out a warrent and Charging me with 6 counts of Resting Arrest

Can you please send me a copy of thoses two forms that I filed with you back in May & June Please

Mark A. Cottonham # 2326138
850 Bryant Street
San Francisco CA 94103



Mark Cottonham #232613V
850 Bryant St
San Francisco CA 94103

To The Clerk of U.S District Court
450 Golden Gate Ave
San Francisco CA 94102-

Case 3:08-cv-03028-VRW     Document 6-2     Filed 08/11/2008     Page 1 of 1